UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARITZE SOSTRE for herself and as mother and natural guardian of ASHLEY, ARAMIS JAMES SOSTRE and MIRANDA SOSTRE; MARGARITA CINTRON, ARAMIS SOSTRE,

                              Plaintiffs,        **ORDER**

                                              **CV06-0320 (LDW)**

          -against-

COUNTY OF SUFFOLK, DET. MIKE O'CONNOR, DETECTIVE JOHN A. NEWTON, et al.

                              Defendants.

WEXLER, J.

       This action having come to trial before the Court and Jury with the judge named above presiding.   The issues having been tried and a decision having been rendered.

IT IS ORDERED AND ADJUDGED:

The Rule 50 motion to dismiss by the Suffolk County defendants is granted as to all claims in the complaint except the claim for Abuse of Process.   The plaintiffs' motion to voluntarily withdraw the claim for Abuse of Process is granted with prejudice.   Judgment is entered in favor of the defendants and against the plaintiffs, and plaintiffs' complaint is dismissed.

                                                      SO ORDERED

Dated: Central Islip, N.Y.
       March 30, 2009

                                            LEONARD D. WEXLER
                                            United States District Judge